AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Rhode Island Laborer's District Council

V.

Bayo Construction Co.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 143T

TO: (Name and address of Defendant)

Bayo Construction Co.
~~PO Box 72717~~ ~~570 Broad Street~~
(Providence, RI 220 Terminal Road)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter J. Comerford
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 4/6/05

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/18/05 |
|---|---|
| NAME OF SERVER *(PRINT)* GEORGE SANTOPIETRO | TITLE CONSTABLE #6152 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 199 Pavilion Ave Prov. R.I. BAYO ADEYEM (BAYO CONSTRUCTION CO.)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (specify): __________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-18-05 (Date) George Santapietro (Signature of Server)

15 Telford Road, Barrington, R.I. (Address of Server)

FILED

2005 APR 20 A 10:04

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.