**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RI LABORERS' DISTRICT
COUNCIL,
Plaintiffs

v. C.A. No. 05-143T

BAYO CONSTRUCTION CO.,
INC.;
Defendants

**SHOW CAUSE ORDER**

On or before **November 1st, 2005**, the plaintiffs are hereby ordered to show cause, in writing, why this case should not be dismissed for failure to prosecute. Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres

Ernest C. Torres
United States District Judge
Date: 10/4/05

FORMS/SHWCAUS2.ORD