DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

***Christine K. Bush***
cbush@duffysweeney.com

September 19, 2005

***VIA FACSIMILE***

Charles S. Beal, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Re: Emissive Energy Corp. v. Coast Cutlery Co.
C.A. NO. 04-482 L

Dear Charley:

We just received Magistrate Judge Almond's Order concerning the discovery motions heard on September 9, 2005. As you know, we sought a 10-day order because Pretrial Memoranda are due October 12th and we need the information not only for that Memorandum but also for the expert report we offered to give you before then. Please confirm that Coast Cutlery Co. will provide the documents and information required by Judge Almond's Order to us within 10 days, that is, on or before September 29, 2005.

If we do not hear from you by noon on Wednesday September 21, 2005, we will have to file a Motion requesting that Judge Almond clarify that the discovery is due before the Pretrial Memoranda. We hope, however, that we can resolve this without need for further Court intervention. Thank you.

Very truly yours,

Christine K. Bush

CKB/tmb

cc: Michael Haglund, Esq. (*via facsimile*)

H:\Clients\Emissive Energy\Coast Cutlery\Letters\Beal 09-12-05 CKB.doc