UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:

RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND

VS. C.A. NO. 05-143T

BAYO CONSTRUCTION CO.

**AFFIDAVIT OF FAILURE TO PLEAD OR DEFEND**

The undersigned, being duly sworn, upon oath deposes and states:

1) That he is the attorney for the Plaintiff and has personal knowledge of the facts set forth in this Affidavit;

2) That the Plaintiff on April 6, 2005 filed a Complaint in this action against the Defendant;

3) That the Summons and Complaint were served upon the Defendant on April 18, 2005, as set forth in the annexed return of service;

4) That not less than twenty (20) days have elapsed since service of the Summons and Complaint upon the Defendant;

5) That examination of the Court files and records in this action shows that the Defendant has failed to plead or otherwise defend as to the Plaintiff's Complaint; and,

6) That this Affidavit is executed by the affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for the purpose of enabling the Plaintiff to obtain an Entry of Default against the Defendant for failure to plead or otherwise defend as to the Plaintiff's Complaint.

Peter J. Comerford

STATE OF RHODE ISLAND
PROVIDENCE, SC

Subscribed and sworn to before me in Providence, on this 6 day of October, 2005.

Annette C. Scalzi
Notary Public
ANNETTE C. SCALZI
Please Print Name
11/26/05
My Commission Expires: