UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:

RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND

VS. C.A. NO. 05-143T

BAYO CONSTRUCTION CO.

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

The Plaintiff in the above-entitled action, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby makes application to the Clerk for entry of Default for the Plaintiff against the Defendant, Bayo Construction Co., for failure of said Defendant to plead or otherwise defend.

Said failure of Defendant to plead or otherwise defend is set forth in the Affidavit immediately following this application.

Plaintiff,

By its Attorneys,

*Coia & Lepore, Ltd.*

Peter J. Comerford, Esq. #3588
226 South Main Street
Providence, RI 02903
401/751-5522 (Telephone)
401/331-3758 (Facsimile)

DEFAULT HEREBY ENTERED
DEPUTY CLERK
10/14/05