**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE:**

**RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-143T**

**BAYO CONSTRUCTION CO.**

# MOTION

Now comes the Plaintiff in the above-captioned action and moves this Honorable Court for an Order compelling the Defendant, Bayo Construction Co., to undergo an audit of its financial records, as set forth in the accompanying Memorandum.

Plaintiff,

By its Attorneys,

***Coia & Lepore, Ltd.***

Peter J. Comerford, Esq. #3588
226 South Main Street
Providence, RI 02903
401/751-5522 (Telephone)
401/331-3758 (Facsimile)

# CERTIFICATE OF SERVICE

TO: Bayo Construction Co.
220 Terminal Road
Providence, RI

I hereby certify that on the __1__ day of February, 2006, I mailed a true and correct copy of the foregoing Motion, via First Class Mail, postage prepaid to the above –named counsel of record.

ML Camara
Mary Lou Camara

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE:**

**RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-143T**

**BAYO CONSTRUCTION CO.**

## MEMORANDUM

The Plaintiff herein administers various benefit funds on behalf of the Rhode Island Laborers' Union. Construction contractors, including the Defendant herein, entered into a collective bargaining agreement with the Union and employ its members. Pursuant to that agreement, contractors are obligated to submit monthly reports identifying which union members were employed during the preceding month and setting forth the number of hours worked by each such employee. When the reports are filed, the employer must pay benefits and dues to the Union on an hourly basis for each hour worked by each member. The contractor is subject to audit at the Union's discretion.

The Defendant herein has failed to file reports and pay benefits for a number of months. It has also failed to answer the Complaint herein and Plaintiff has obtained a Default against it. Since Plaintiff does not know how many hours were worked and by whom, it has been unable to get a Judgment for a liquidated amount.

For that reason, Plaintiff directed the Defendant to undergo an audit. The Defendant has refused to cooperate with the audit. Since the answer has yet to be filed, the Plaintiff, as a matter of right, filed an Amended Complaint seeking to compel an audit. The Defendant has been served with the Amended Complaint and has continued to refuse to file an Answer.

## CONCLUSION

Plaintiff respectfully requests that this court issue an order directing the Defendant to fully cooperate with an audit to be conducted by an auditor of Plaintiff's choosing.

Plaintiff,

By its Attorneys,

***Coia & Lepore, Ltd.***

Peter J. Comerford, Esq. #3588
226 South Main Street
Providence, RI 02903
401/751-5522 (Telephone)
401/331-3758 (Facsimile)

## CERTIFICATE OF SERVICE

TO: Bayo Construction Co.
220 Terminal Road
Providence, RI

I hereby certify that on the 1 day of February, 2006, I mailed a true and correct copy of the foregoing Memorandum, via First Class Mail, postage prepaid to the above –named counsel of record.

Mary Lou Camara