**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE:**

**RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-143T**

**BAYO CONSTRUCTION CO.**

## MOTION

Now comes the Plaintiff in the above-captioned action and moves this Honorable Court for an Order compelling the Defendant, Bayo Construction Co., to undergo an audit of its financial records, as set forth in the accompanying Memorandum.

Plaintiff,

By its Attorneys,

***Coia & Lepore, Ltd.***

Peter J. Comerford, Esq. #3588
226 South Main Street
Providence, RI 02903
401/751-5522 (Telephone)
401/331-3758 (Facsimile)

RECEIVED
FEB 17 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
Ernest C. Torres, Chief Judge
Date: 2/16/06

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
February 21, 2006