**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RI LABORERS' DISTRICT COUNCIL,
PLAINTIFF

v. C.A. No. 05-143T

BAYO CONSTRUCTION CO., INC.,
DEFENDANT

**SHOW CAUSE ORDER**

On or before **February 22nd, 2008**, Plaintiff is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal of the case.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: 1/22/08

FORMS/SHWCAUS2.ORD