UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

R.I. LABORERS' DISTRICT COUNCIL,
Plaintiff

v. C.A. No. 05-143T

BAYO CONSTRUCTION CO., INC.,
Defendant

**ORDER OF DISMISSAL**

On January 22, 2008 this Court issued a Show Cause Order as to why the matter should not be dismissed for lack of prosecution. Having shown no good cause why the matter should not be dismissed, the matter is hereby dismissed for lack of prosecution.

By Order

[signature]
Deputy Clerk

ENTER:

[signature]
Ernest C. Torres
Senior U.S. District Judge

Date: 3/12/08